# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN E COMBS,

      PLAINTIFF

          v.

PROGRESSIVE d/b/a PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,

      DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5632FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court, having considered the parties' submissions in response to the Court's Order To Show Cause [Dkt. # 4], concludes that this matter was untimely removed and this case is hereby REMANDED to Pierce County Superior Court

November 4, 2008

                    BRUCE RIFKIN
                           Clerk

            /s/  Pat LeFrois
_____
                    Deputy Clerk